**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | |
|---|---|
| ERIC C. MILLER, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   No. 0:10-cv-02889-JFA |
| vs. | ) |
| | ) |
| NATIONAL ACTION FINANCIAL, | ) |
| SERVICES, INC**.**, | ) |
| | ) |
|     Defendant. | ) |

### PLAINTIFF'S NOTICE OF FILING OF COMPLAINT SERVED

Now comes the Plaintiff, ERIC C. MILLER, by and through his attorney, James M. Ervin, and hereby files this Notice of Filing of Complaint Served. In support thereof, Plaintiff hereby states as follows:

On November 11, 2010, Defendant, NATIONAL ACTION FINANCIAL SERVICES, INC., was served through its registered agent CT Corporation System, via personal service. A copy of the executed proof of service is attached hereto as Exhibit 1.

                                                          Respectfully Submitted,

                                                          /s/ James M. Ervin
                                                          James M. Ervin
                                                          Attorney for Plaintiffs
                                                           P.O. Box 6276
                                                           Columbia, SC 29260-6276
                                                           (888) 493-0770, ext. 308 (phone)
                                                           (866) 551-7791 (facsimile)
                                                           James@ErvinLaw.net

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2010, a copy of the Plaintiff's Notice of Filing of Complaint Served and Return of Service was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        Respectfully Submitted,

        /s/ James M. Ervin
        James M. Ervin
        Attorney for Plaintiffs
        P.O. Box 6276
        Columbia, SC 29260-6276
        (888) 493-0770, ext. 308 (phone)
        (866) 551-7791 (facsimile)
        James@ErvinLaw.net