## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ROCK HILL DIVISION

| | | |
|---|---|---|
| ERIC C. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   0:10-cv-02889-JFA |
| vs. | ) | |
| | ) | |
| NATIONAL ACTION FINANCIAL | ) | |
| SERVICES, INC., | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, ERIC C. MILLER, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

                    Respectfully submitted,

                    /s/ James M. Ervin
                    James M. Ervin
                    Attorney for Plaintiff
                    Luxenburg & Levin, LLC
                    600 Columbia Avenue
                    Lexington, SC  29072
                    (888) 493-0770, ext. 308 (phone)
                    (866) 551-7791 (facsimile)
                    James@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/ /s/ James M. Ervin
James M. Ervin
Attorney for Plaintiff
Luxenburg & Levin, LLC
600 Columbia Avenue
Lexington, SC  29072
(888) 493-0770, ext. 308 (phone)
(866) 551-7791 (facsimile)
James@LuxenburgLevin.com